Certificate Number: 17082-MSN-DE-039945715

Bankruptcy Case Number: 25-11456



17082-MSN-DE-039945715

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2025, at 6:22 o'clock AM MST, JADA H GREEN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:  August 5, 2025              By:    /s/Orsolya K Lazar

                                   Name:  Orsolya K Lazar

                                   Title: Executive Director